UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAOLA GUEVARA, a minor, by her parents and next friends, MARIA GUADALUPE SALDANA and VALENTIN GUEVARA, MARIA GUADALUPE SALDANA, Individually, and VALENTIN GUEVARA, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | NO. 14-CV-151 <br><br> Judge Gary Feinerman |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs, PAOLA GUEVARA, a minor, by her parents and next friends, MARIA GUADALUPE SALDANA and VALENTIN GUEVARA, MARIA GUADALUPE SALDANA, Individually, and VALENTIN GUEVARA, Individually, and Defendant, UNITED STATES OF AMERICA, that this action shall be dismissed, with prejudice, in bar of action, costs paid, cause of action satisfied and with each party to bear its own attorneys' fees.

By: _____
Attorney for Plaintiffs

MATTHEW L. WILLIAMS (ARDC#6256858)
SALVI, SCHOSTOK & PRITCHARD P.C.
218 N. Martin Luther King Jr. Avenue
Waukegan, Illinois 60085
(847) 249-1227
mwilliams@salvilaw.com

By: _____
Attorney for Defendant

GINA BROCK
Assistant United States Attorney
Northern District of Illinois
219 South Dearborn Street, Suite 500
Chicago, Illinois 60604
(312) 353-7919
Gina.brock@usdoj.gov